UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 4:11-CR-49-1BO

| | | |
|---|---|---|
| **United States Of America** | ) | **AMENDED JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Ricardo Rosales-Sarmiento** | ) | |
| | ) | |

On December 9, 2011, Ricardo Rosales-Sarmiento appeared before the Honorable Terrence W. Boyle, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Illegal Reentry by an Illegal Alien, in violation of 8 U.S.C. §§ 1326(a) and (b)(1), was sentenced to the custody of the Bureau of Prisons for a term of nine months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 24 months upon release from imprisonment. Ricardo Rosales-Sarmiento was released from custody and the term of supervised release commenced on January 25, 2012.

From evidence presented at the revocation hearing on January 19, 2017, the court finds as a fact that Ricardo Rosales-Sarmiento, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 12 months.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

**IT IS FURTHER ORDERED** that upon completion of his imprisonment, the defendant is to be surrendered to a duly authorized immigration official for deportation.

This the 24th day of January, 2017.

Terrence W. Boyle
U.S. District Judge